UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
MIGUEL PABLO QUINONES, Individually,

                **NOTICE OF MOTION TO WITHDRAW AS COUNSEL AND PETITION TO ENFORCE CHARGING LIEN**

          Plaintiff,

          Plaintiff,         **10-CV-6195 (JGK)**

-against-

CITY OF NEW YORK, NEW YORK POLICE DEPARTMENT, DETECTIVE URENA, "JOHN DOE #1, "JOHN DOE #2,"JOHN DOE #3, "JOHN DOE #4, JOHN DOE #5,"

          Defendants,

-----------------------------------------------------------------------x

    **PLEASE TAKE NOTICE** that the undersigned attorney for plaintiff, shall move before the Honorable James L. Cott. on January 4, 2012 at 2:00 p.m. or as soon thereafter as counsel may be heard for an Order granting attorney, Richard D. Borzouye, to be relieved as counsel for plaintiff and for the Court to order a Charging lien on any settlement, judgment or verdict in the above-captioned matter.

    We shall rely upon the attached Affirmation of Counsel in support hereof.

    WE HEREBY CERTIFY that the original of the within Notice of Motion has been filed with the Clerk and a copy of same has been transmitted to counsel for plaintiffs and to defendants.

                      **THE BORZOUYE LAW FIRM, P.C.**

              BY:    /S/
                        _____
                        RICHARD D. BORZOUYE, ESQ. (RB 3461)
                        14 Wall Street, 20th Floor
                        New York, NY 10005
                        Telephone Number: (212) 618-1469
                        Attorneys for Plaintiff

DATED: January 2, 2012