From: MIGUEL P. QUINONES
Sent: Saturday, December 17, 2011  10:52 AM
Subject: LETTER TO JUDEG' JAMES COTT

DISTRICT COURT
500 PEARL ST. NEW YORK NY. 10007
MIS'TRIAL BY FALSE REPRESENTATION ,
ATTY. FOR PLAINTIFF WAS A CO'DEFENDANT



\* MIGUEL P. QUINONES \*
Holding a Congressional Merit

TO JUDGE ; JAMES COTT ;

CASE # 10- CV 6195

   LET IT BE UNDERSTOOD THAT ON  DEC 1, 2011  THIS CASE WAS SEEN
IN  THE CONFERENCE ROOM PLUS BY  JUDEGE JAMES COTT  ON THIS DAY ,

  PLAINTIFF HAS DISCOVERED & REALIZED THAT THE TOO QUICK
SETTLEMENT ~ CONFERENCE  WAS  FAULTY FROM THE START !  BY BAD
REPRESENTATIVE  IN
  APPEARENCE :  RICARD D. BORZOUYE OF 14 WALL ST ( 20 FL. ) NY. NY. 10005

  WHERE AS THE ATTORNEY REPRESENTING : MIGUEL P. QUINONES  THE
ATTORNEY NAMED : RICARD D. BORZOUYE  IS ALSO A CO-DEFENDANT
OF  ANOTHER CASE THAT WAS  NEVER SETTLED !  BUT THAT FRAUD WAS
COMMITTED  BY FALSE  INTERESTS  ON HIS BEHALF TO HONESTLY
REPRESENT CLIENT !

  ALSO LET IT BE KNOWN THAT RICARD D. BORZOUYE HAD  CURSED AT
ME IN THE CONFERENCE ROOM AS MEDIATOR JUDGE & DEFENDANT  ATTY.
STEP OUT ! LEAVING PROOF MY CASE WAS TREACHOURISLY
BETRAYED ! !  AND OTHER
  NASTY  WORDS OF - RICHARD D. BORZOUYE ON DEC. 1 2011 , SETTLE.
CONFERENCE WAS UNOFFICALLY - LEGAL & NEED BE  RESTORED BY
JUDGE : JAMES COTT \*

  IN WHICH  I THANK JUDGE \* JUDGE JAMES COTT  \* FOR HANDING ME A
COPY OF THE ; REMAND DEMANDS WHICH  ATTY. REP. DELIBERATELY HID

FROM ME ON HIS QUICK CONFERENECE ! LEAVING PROOF MY REP. ATTY. WAS NOT WORKING RIGHT OR IN MY FAVOR AND HAS A DATE SET ON THE BENCH WITH THE FIRST DEPT.
OF THE LAWYERS COMMITTE *

ALSO TO THE FACTS THAT HE IS AN ASSOCIATE OF A LAW~FIRM IN THE SAME BUILDING OF A LARGE LAW FIRM AT ~
: 14 WALL ST. 22 FLOOR NY. A LAW FIRM THAT WAS REPRESENTING DEF. BOVIS LEND CONSTRUCTION CASE.

LEAVING PROOF THAT THE COURT SESSION ON DEC, 1. 2011 - MOVED FROM 18-A AND HANDLED IN 12-A SHOULD BE RESTORED BACK TO THE CALENDAR *
AND PROVIDING ONE (1) CONFERENCE THEN A TRIAL DATE, WITH A JURY *

I PRAY & HOPE THAT JUDGE : JAMES COTT UNDERSTANDS
THIS SITUATION AND CONSIDERS MY REQUESTS AS IT WOULD BE PROPER TO ACCEPT AND PLACE THIS CASE BACK ON THE CALENDAR * AS I AM GREATFUL OF THE ,
DOCUMENT HANDED TO ME BY JUDGE * JAMES COTT ~HAD EXPOSED SOME FACTS ! LEADING TO FACTS > EX- ATTY. RICHARD D. BOZOUYE AS A WISE-GUY !
* PLAYING ~ WITH A DIRTY DECK OF CARDS *

I TOOK A BIG RISK TO RETAIN COUNSEL AFFILIATED
W/ DEFENDANT ATTORNEYS.

PLAINTIFF : MIGUEL P. QUINONES HAS NOT SIGNED NO OTHER PAPERS WITH THE RELEASED CO- DEFENDANT
: ATTY. RICARD D. BORZOUYE ( FALSE REPRESENTATIVE )
OR ANY OTHER SETTLEMENT PAPERS WITH NYC. ATTY.
MS ; NORINE STACK HOUSE ,,
BECAUSE THE CASE WAS MIS'REPRESENTED THE PLAINTIFFS ATTORNEY WAS ALSO ~ A CO'DEFENDANT REP. FOR A COMPANY ! WHERE'AS RICHARD BORZOUYE SHOULD ,
OF WITH'DREW FROM THE CASE AT THE START OF THE WHOLE COURT PROCESS > THIS CASE WAS A MIS-TRIAL !

WHICH IT GIVES THE GOOD OPPORTUNITY TO HAVE THIS CASE BACK ON THE CALENDAR WITH RECONSIDERATION
TO THIS ISSUE AND FACTS !

MIGUEL P. QUINONES - vs - NYC. NYPD CITY
            OF NEW YORK - Defendant

Feb. 6, 2012

RECEIVED
FEB 07 2012
PRO SE OFFICE

According to Court proceedures

Miguel P. Quiñones -vs- N.Y.C.
_____plaintiff_____                   Police Dept.

Complys to Send a Copy of Papers to Defendant Attorneys 100 church St. NYC.
Concerning Court Issues, A copy of Jetter Documents Sent to Judge in the District Court

original: Miguel P. Quiñones

Miguel P. Quiñones

Holding A congressional Merit Since 2006

```
===================================
         BOULEVARD STATION
         BRONX, New York
              104599998
02/06/2012 (800)275-8777 05:31:29 PM
      3558250106-0096
===================================
========= Sales Receipt =========
Product            Sale Unit   Final
Description        Qty Price   Price
===================================
NEW YORK NY 10007
Zone-1 First-Class              $0.65
Letter
    1.10 oz.
    Expected Delivery: Wed 02/08/12
Certified                       $2.95
Label #:
   70112000000134030743
Customer Postage               -$0.45
                               =======
Issue PVI:                      $3.15

Total:                          $3.15
                               =======
Paid by:
Debit Card                      $3.15
    Account #:   XXXXXXXXXXXX1699
    Approval #:  000733
    Transaction #: 69
    2390328675
    Receipt#:    000086

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
```

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NEW YORK NY 10007 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.65 | 0106 |
| Certified Fee | | $2.95 | 07 Postmark Here |
| Return Receipt Fee (Endorsement Required) | | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.60 | 02/06/2012 |

7011 2000 0001 3403 0743

Sent To  Legal Dept. 100 Church St.
Street, Apt. No.;  New York, NY. 10007
or PO Box No.
City, State, ZIP+4  N.Y.C. Police

PS Form 3800, August 2006   See Reverse for Instructions